# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| WILLIAM A. WASHINGTON | ) | Case Number 11-15528 |
| | ) | |
| Debtor | ) | Judge Arthur I. Harris |
| | ) | |
| | ) | |

### *Application for Allowance of Attorney's Fees*

Now comes Kenneth J. Freeman Co., L.P.A. (herein "Applicant"), attorney for the Debtor herein, **William A. Washington** and makes this *Application for Allowance of Attorneys' Fees*, in the amount of $4,427.50, for services rendered to date with regard to the filing and confirmation of the Debtor's *Plan* herein. The Debtor's Plan was confirmed by this Court on December 22, 2011.

Applicant states that he met with the Debtor, prepared and supervised the execution of the necessary documents, reviewed all the documents and attended any hearings which were required by the Court, as set forth in the *Pre-Bill Worksheet*, attached hereto and made a part hereof as *Exhibit A*. As set forth in Exhibit A, the Applicant has devoted 16.10 hours exclusively to this case.

The Applicant further states that he received the sum of $1,200.00 directly from the Debtor prior to the filing of this case, and is, therefore, requesting the additional sum of $3,227.50 from the Debtor's estate. The Rights and Responsibilities which was filed in this case on June 16, 2011, being Document No. 3 states the balance of the attorney's fees which is subject to court approval will be paid by the Chapter 13 Trustee after confirmation of the Chapter 13 *Plan*.

The Applicant further states that in conjunction with the execution of the Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys the Debtor executed a Standard Chapter

13 Fee Agreement wherein it is also acknowledged that the balance of the attorneys fees will be paid by and through the Office of the Chapter 13 Trustee in accordance with the customary policies and procedures of the Chapter 13 Trustee, via a fee application to be submitted to the Court upon confirmation of the Chapter 13 Plan, which is subject to Court approval. A copy of the Standard Chapter 13 Fee Agreement is attached hereto and made a part hereof as ***Exhibit B***.

The undersigned has read the *Application for Allowance of Attorneys' Fees* prior to signing said *Application*. To the best of the Applicant's knowledge, information and belief, which was formed after reasonable inquiry, the compensation sought conforms with the guidelines in General Order Number 93-1 and Administrative Order Number 07-2. The compensation requested by the Applicant was billed at a rate, and in accordance with, practices no less favorable to the Debtor, than those customarily employed by the Applicant in his practice.

If this Court grants the Applicant's *Application*, the Debtor's Chapter 13 *Plan*, as confirmed by this Court, will continue to be feasible and will not require a modification.

**WHEREFORE**, the Applicant prays that he be allowed attorneys' fees in the total sum of $4,427.50 for fees as set forth above, with the sum of $3,227.50 being paid from the Debtor's estate, in accordance with the customary policies and procedures of the Chapter 13 Trustee.

/s/ Kenneth J. Freeman
Kenneth J. Freeman (0018940)
**KENNETH J. FREEMAN CO., L.P.A.**
515 Leader Building
526 Superior Avenue
Cleveland, Ohio 44114-1903
(216) 771-9980
(216) 771-9978 - facsimile
kjfcolpa@aol.com
Attorney for Debtor

## Certificate of Service

I hereby certify that the foregoing **APPLICATION FOR ALLOWANCE OF ATTORNEYS' FEES** was served electronically, by operation of this Court's electronic filing system, this 4th day of **JANUARY 2012** on Craig Shopneck, Chapter 13 Trustee; Joel K. Jensen, Attorney for OneWest Bank, FSB; and mailed, by regular U.S. Mail, postage prepaid to William A. Washington, Debtor, at 11202 Revere Avenue, Cleveland, Ohio 44105-2839.

/s/ Kenneth J. Freeman
Kenneth J. Freeman
Attorney for Debtor

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date: | 1/04/2012 | | | | | | | |
| User: | KENNETH | | | | | | | |

# Pre-Bill Worksheet

**Bill To:** **Washington, William A. - 10-0040**

Washington, William A.
11202 Revere Avenue
Cleveland, Ohio 44105

Billing Cycle:
Status                Active
Instructions
Fee Arrangement:      Standard - First Bill
Exp Arrangement:      Standard

Billing Actions

Last Bill Date:       n/a
Last Payment Date     9/30/2010

**Fees**

| Date / Staff | Bill Code / Description | Rate Markup % | Hours DNB Hours | No Chg | Amount | Status | Adj Val | Billed Val |
|---|---|---|---|---|---|---|---|---|
| 3/04/2010 KJF | Meeting with client | $275.00 | 0.60 | 0.00 | $165.00 | Billable | $165.00 | $165.00 |
| 9/15/2010 KJF | Telephone call with client | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |
| 9/27/2010 KJF | Telephone call with client | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |
| 9/27/2010 KJF | Receipt and review of six IRS Notices | $275.00 | 0.30 | 0.00 | $82.50 | Billable | $82.50 | $82.50 |
| 3/07/2011 KJF | Review of documents from client | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 4/18/2011 KJF | Meeting with client | $275.00 | 0.90 | 0.00 | $247.50 | Billable | $247.50 | $247.50 |
| 4/29/2011 KJF | Review of documents; preparation of petition | $275.00 | 3.10 | 0.00 | $852.50 | Billable | $852.50 | $852.50 |
| 4/29/2011 KJF | Meeting with client. Case will now be filed as a Chapter 13 | $275.00 | 0.50 | 0.00 | $137.50 | Billable | $137.50 | $137.50 |
| 6/22/2011 KJF | Meeting with client to review Chapter 13 petition and schedules | $275.00 | 1.20 | 0.00 | $330.00 | Billable | $330.00 | $330.00 |
| 6/22/2011 KJF | Review of new documents from client; preparation of Chapter 13 bankruptcy petition and plan | $275.00 | 2.50 | 0.00 | $687.50 | Billable | $687.50 | $687.50 |
| 6/27/2011 KJF | Preparation of Order | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 6/27/2011 KJF | Preparation of Declaration of Compliance | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |



THE OHIO LEGAL BLANK CO., INC.
**EXHIBIT**
A
CLEVELAND, OHIO 44102-1799

# Pre-Bill Worksheet

| Date / Initials | Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| 7/05/2011 KJF | Receipt and review of Notice of Meeting of Creditors | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |
| 7/07/2011 KJF | Letter to client re: Meeting of Creditors | $275.00 | 0.30 | 0.00 | $82.50 | Billable | $82.50 | $82.50 |
| 7/08/2011 KJF | Receipt and review of facsimile transmission from client | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |
| 7/08/2011 KJF | Letter to IRS re: Notice of Intent to Levy | $275.00 | 0.40 | 0.00 | $110.00 | Billable | $110.00 | $110.00 |
| 7/20/2011 KJF | Preparation for and appearance at Meeting of Creditors | $275.00 | 0.30 | 0.00 | $82.50 | Billable | $82.50 | $82.50 |
| 7/21/2011 KJF | Receipt and review of Chapter 13 Trustee's Objection to Confirmation | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 7/25/2011 KJF | Receipt and review of IRS Proof of Claim | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 8/02/2011 KJF | Receipt and review of Springleaf Financial Proof of Claim | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 8/16/2011 KJF | Receipt and review of Cavalry Portfolio Services, LLC Proof of Claim | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |
| 8/23/2011 KJF | Telephone call with Donna Pettras, Esq. re: Dillard's debt(Calvary Portfolio Services) | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 8/25/2011 KJF | Preparation for and appearance at hearing | $275.00 | 0.30 | 0.00 | $82.50 | Billable | $82.50 | $82.50 |
| 8/29/2011 KJF | Receipt and review of Newest Bank Notice of Appearance | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |
| 9/22/2011 KJF | Appearance at hearing | $275.00 | 0.30 | 0.00 | $82.50 | Billable | $82.50 | $82.50 |
| 10/10/2011 KJF | Receipt and review of OneWest Proof of Claim | $275.00 | 0.30 | 0.00 | $82.50 | Billable | $82.50 | $82.50 |
| 10/10/2011 KJF | Receipt and review of IRS Amended Proof of Claim | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 10/20/2011 KJF | Appearance at Confirmation hearing | $275.00 | 0.20 | 0.00 | $55.00 | Billable | $55.00 | $55.00 |
| 11/15/2011 KJF | Receipt and review of Proof of Claim of Santandar | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |

# Pre-Bill Worksheet

| Date | Staff | Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/16/2011 | KJF | Preparation of Motion to Modify unconfirmed Plan | $275.00 | 0.40 | 0.00 | $110.00 | Billable | $110.00 | $110.00 |
| 11/17/2011 | KJF | Appearance at hearing | $275.00 | 0.50 | 0.00 | $137.50 | Billable | $137.50 | $137.50 |
| 12/14/2011 | KJF | Preparation of Amended Wage Order | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |
| 12/15/2011 | KJF | Appearance at Confirmation hearing | $275.00 | 0.40 | 0.00 | $110.00 | Billable | $110.00 | $110.00 |
| 12/22/2011 | KJF | Receipt and review of Confirmation Order | $275.00 | 0.10 | 0.00 | $27.50 | Billable | $27.50 | $27.50 |
| 12/22/2011 | KJF | Preparation of Objections to Claims | $275.00 | 1.20 | 0.00 | $330.00 | Billable | $330.00 | $330.00 |
| Total | | Billable Fees | | 16.10 | | $4,427.50 | | | $4,427.50 |

# Pre-Bill Worksheet

## Calculations of Fees and Expenses

Fees Arrangement: Standard - First Bill
Total of billable time records                                    $4,427.50

**Total Fees**                                                                          $4,427.50

Expense Arrangement: Standard
Total of billable expense records                                 $0.00

**Total Expenses**                                                                      $0.00

**Total New Charges**                                                                   $4,427.50

**Total New Charges**                                                                   $4,427.50

Aging Information
  120 days                                                        $-1,200.00

Previous Balance                                                                        $0.00

| Date | Type | Description | Amount |
|---|---|---|---|
| 3/04/2010 | Payment | Retainer | $-700.00 |
| 4/16/2010 | Payment | Retainer | $-200.00 |
| 9/17/2010 | Payment | Retainer | $-160.00 |
| 9/30/2010 | Payment | Retainer | $-140.00 |

Total Payments and Credits                                                              $-1,200.00

**Total New Balance**                                                                   $3,227.50

**Staff Summary**

| Staff | Total Hours | Billable | Non-Billable | Rate | Amount |
|---|---|---|---|---|---|
| KJF | 16.10 | 16.10 | 0.00 | $275.00 | $4,427.50 |

**Phase Summary**

| Code | Hours | Rate | Fees | Expenses | Total |
|---|---|---|---|---|---|
| (None) | 16.10 | 275.00 | $4,427.50 | $0.00 | $4,427.50 |

# KENNETH J. FREEMAN CO., L.P.A.
ATTORNEY AND COUNSELOR AT LAW

515 LEADER BUILDING
526 SUPERIOR AVENUE
CLEVELAND, OHIO 44114-1903
TEL.: (216) 771-9980
FAX: (216) 771-9978
www.freemanbankrupptcylaw.net

**KENNETH J. FREEMAN**
KJFCOLPA@AOL.COM

## STANDARD CHAPTER 13 FEE AGREEMENT

Name:    William A. Washington

Our File No.    10-0040

The undersigned (hereinafter referred to as the "Client," whether singular or plural) hereby retains and engages KENNETH J. FREEMAN CO., L.P.A. to represent him/her/them in connection with the preparation and filing of a petition on the Client's behalf under Chapter 13 of the Bankruptcy Code. This agreement is being executed in conjunction with the Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys.

After an initial consultation and analysis, the Client has agreed to commence with the filing of a Chapter 13 bankruptcy petition and have retained KENNETH J. FREEMAN CO., L.P.A. to represent the Client in all matters related to the confirmation of the Debtor's Chapter 13 Plan and the completion of this Chapter 13 bankruptcy case.

1. The Client agree to pay KENNETH J. FREEMAN CO., L.P.A. an hourly rate for work done by the following parties in the following manner:
   a)   Kenneth J. Freeman          $ 275.00

2. The Client has paid a retainer in the amount of **$1,200.00**, with the balance of the fees to be paid by and through the Office of the Chapter 13 Trustee in accordance with the customary policies and procedures of the Chapter 13 Trustee, via a fee application to be submitted to the Court upon confirmation of the Chapter 13 Plan, which is subject to Court approval.



## IMPORTANT NOTICES

It is the Client's responsibility to supply all the necessary information prior to the filing of the case. KENNETH J. FREEMAN CO., L.P.A. retains the right to withhold the filing of any and all court documents in the event that Client does not provide the supporting documentation necessary for the filing of any court documents. Client understands that the failure to provide documents may lead to the dismissal of the Client's case. Client represents that, to the extend possible, he/she/they will comply with any document request made by KENNETH J. FREEMAN CO., L.P.A.

This contract is subject to the jurisdiction of the United States Bankruptcy Court for the Northern District of Ohio. Any dispute arising out of any provision of this contract shall be resolved by that court alone.

Client agrees that there are risks associated with the filing of a bankruptcy. Client also understands that the new bankruptcy law is subject to differing interpretations and that there may be inherent risks associated with how a Judge or court will apply various provision of the law. Examples may include how to compute or calculate income, what exemptions may be applicable to certain assets of the Client, or how the MEANS Test should be administered.

If for any reason KENNETH J. FREEMAN CO., L.P.A. must file a Motion to Withdraw from Client's case, this Fee Agreement will cease to be enforceable and all parties are relieved from performing under the Agreement.

Dated: JUNE 22, 2011

Debtor WILLIAM A. WASHINGTON.

Dated: JUNE 22, 2011

Kenneth J. Freeman
Attorney for Debtor