**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on March 15, 2012, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: March 15, 2012**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| WILLIAM A. WASHINGTON | ) | Case Number 11-15528 |
| | ) | |
| Debtor | ) | Judge Arthur I. Harris |
| | ) | |

ORDER GRANTING APPLICATION
FOR ALLOWANCE OF ATTORNEY'S FEES

This matter is before the court on the *Application for Allowance of Attorney's Fees* filed by Kenneth J. Freeman Co., L.P.A. on January 4, 2012, being Document No. 36, in the amount of $4,427.50, which represents attorney's fees in the amount of $4,427.50.

The Court finds that the Application complies with the guidelines set forth in *General Order No. 93-1* and *Administrative Order No. 07-2*.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the *Application* of Kenneth J. Freeman Co., L.P.A. in the amount of $4,427.50 be and hereby is granted.

**IT IS FURTHER ORDERED** that the Application be and hereby is granted in the total sum of $4,427.50 for fees and expenses, of which $1,200.00 has been paid and $3,227.50 of which shall

be paid to the Applicant through the Debtor's Chapter 13 Plan in accordance with the customary policies and procedures of the Chapter 13 Trustee.

Submitted by:

  /s/ Kenneth J. Freeman
Kenneth J. Freeman  (0018940)
**KENNETH J. FREEMAN CO., L.P.A.**
515 Leader Building
526 Superior Avenue
Cleveland, Ohio  44114-1903
(216) 771-9980
(216) 771-9978 - facsimile
kjfcolpa@aol.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **ORDER** was served electronically, by operation of this Court's electronic filing system, on Craig Shopneck, Chapter 13 Trustee; on Kenneth J. Freeman, Attorney for Debtor; and mailed by regular U.S. Mail, postage prepaid to William A. Washington, Debtor, 11202 Revere Avenue, Cleveland, Ohio 44105-2839.

# # #